UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AISHA PANKEY, | Case No.: 2:11-cv-00495-GMN-LRL |
| Plaintiff, | |
| vs. | **ORDER** |
| LAS VEGAS GAMING, FREMONT CASINO, BINIONS CASINO, AND FITZGERALDS CASINO, | |
| Defendants. | |

Before the Court for consideration is the Report of Findings and Recommendation (ECF No. 2) of the Honorable Lawrence R. Leavitt, United States Magistrate Judge, entered June 7, 2011.  No objections have been filed.  The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Leavitt's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Application to Proceed In Forma Pauperis and Complaint (ECF No. 1) be **DISMISSED**, as this Court lacks subject matter jurisdiction.

DATED this 12th day of July, 2011.

_____
Gloria M. Navarro
United States District Judge